UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

~~United States District~~ Court
Southern District of Texas
**ENTERED**
August 11, 2016
David J. Bradley, Clerk

| | |
|---|---|
| PRISCILLA LEE RASCO, § | |
|     Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:16-CV-01390 |
| § | |
| MARNE BOYLE, § | |
| Warden, Federal Prison Camp, § | |
| Bryan, Texas, § | |
|     Respondent. § | |

## Order of Adoption

On July 14, 2016, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 6). No timely objections have been filed. After considering the record and the law, the court adopts the memorandum and recommendation as its memorandum and opinion. The petition for writ of habeas corpus is dismissed with prejudice. The court will issue a separate final judgment.

Signed _August 11_, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge